UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAVEN REGULUS,<br><br>Plaintiff,<br><br>v.<br><br>ASCENSION LONG TERM DISABILITY PLAN and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-cv-00616-SRC |

**Judgment**

In accordance with the Memorandum and Order issued on this date, the Court grants Ascension and Sedgwick's [48] Motion for Summary Judgment. The Court enters judgment in favor of Ascension and Sedgwick, dismissing this case with prejudice.

So ordered this 3rd day of November 2026.

SLR. Cl

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE